IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IVORY J. WARREN, No. 0883030 | § § § | |
| Plaintiff, | § § | |
| V. | § § | NO. 4:23-CV-071-O |
| WELLS FARGO, et al. | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Ivory J. Warren, in this action are **DISMISSED**.

SO ORDERED this **23rd day** of **February, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1